UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * *
Elaine L. Chao Secretary of Labor,      *
 United States Department of Labor,     *
                  Plaintiff,            *
                                        *        CIVIL ACTION
            v.                          *
                                        *        FILE NO.
Universal Health Services, Inc.,        *
UHS of Delaware, Inc. and               *
Stonington Behavioral Health, Inc.      *
d/b/a Stonington Institute,             *
                  Defendants.           *
* * * * * * * * * * * * * * * * *
```

## COMPLAINT

Plaintiff brings this action to enjoin defendants from violating the provisions of sections 6, 7, 11, 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (52 Stat. 1060, 29 USC 201), hereinafter called the Act, and to recover unpaid wages and liquidated damages pursuant to the provisions of sections 15(a)(2) and 16(c) of the Act.

I.

Jurisdiction of this action is conferred upon the Court by section 17 of the Act and by 28 USC 1345.

II.

Defendant Stonington Behavioral Health, Inc.,d/b/a Stonington Institute, is, and at all times hereinafter mentioned was, a Delaware corporation having an office and place of business at 75 Swantown Hill Road, North Stonington, Connecticut within the jurisdiction of this Court and is now, and at all times hereinafter mentioned was, engaged at that place of business, and elsewhere, in the operation of behavioral health centers focusing on substance abuse treatments.

III.

Defendant Universal Health Services, Inc. is, and at all times hereinafter mentioned was,

a publicly traded Delaware corporation that is headquartered at Universal Corporate Center, 367 South Gulph Road, King of Prussia, Pennsylvania. Defendant is now, and at all times hereinafter mentioned was, engaged in the ownership and operation of over 200 private hospitals, behavioral health centers, and other health care facilities nationwide, including the aforesaid defendant Stonington Behavioral Health, Inc. d/b/a Stonington Institute, which has an office and place of business at 75 Swantown Hill Road, North Stonington, CT and elsewhere within the jurisdiction of this Court.

IV.

Defendant UHS of Delaware, Inc. is, and at all times hereinafter mentioned was, a Delaware corporation headquartered at 367 South Gulph Road, King of Prussia, Pennsylvania. Defendant is now, and at all times hereinafter mentioned was, engaged as the management subsidiary for the aforesaid defendant Universal Health Services, Inc. in its ownership and operation of over 200 private hospitals, behavioral health centers, and other health care facilities nationwide, including the aforesaid defendant Stonington Behavioral Health, Inc. d/b/a Stonington Institute, which has an office and place of business at 75 Swantown Hill Road, North Stonington, CT and elsewhere within the jurisdiction of this Court.

V.

Defendants are, and at all times hereinafter mentioned were, engaged in related activities performed through unified operation or common control for a common business purpose, and they are, and at all times hereinafter mentioned were, an enterprise within the meaning of section 3(r) of the Act.

VI.

At all times hereinafter mentioned, defendants have been engaged in the operation of behavioral health treatment centers. Therefore, the said employees have been employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s) of the Act.

## VII.

Defendants willfully and repeatedly violated and are violating the provisions of sections 6 and 15(a)(2) of the Act by paying employees wages at rates less than the applicable minimum wage.

## VIII.

Defendants willfully and repeatedly violated and are violating the provisions of sections 7 and 15(a)(2) of the Act by employing employees for workweeks longer than forty (40) hours without compensating them for their employment in excess of forty (40) hours in said workweeks, at rates not less than one and one-half times the regular rate at which they were employed.

## IX.

Defendants willfully and repeatedly violated and are violating the provisions of sections 11(c) and 15(a)(5) of the Act in that they failed to make, keep and preserve adequate and accurate records of employees' wages, hours, and other conditions and practices of employment as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 CFR 516, in that records fail to show adequately and accurately, among other things, the hours worked each workday and the total hours worked each workweek with respect to many employees and the regular rates at which they were employed.

## X.

During the period since July 1, 2004 defendants willfully and repeatedly violated and are violating the aforesaid provisions of the Act, as alleged, and a judgment enjoining such violation is expressly authorized by section 17 of the Act.

WHEREFORE, cause having been shown, plaintiff prays judgment permanently enjoining and restraining defendants, their agents, servants, employees, and those persons in active concert or participation with them, or acting in their interest and behalf, from violating the provisions of sections 6, 7, and 11 of the Act, and costs.

## X.

During the period since July 1, 2004 defendants willfully and repeatedly violated and are violating the aforesaid provisions of the Act. An award of actual and liquidated damages is specifically authorized by section 16(c) of the Act.

WHEREFORE, cause having been shown, plaintiff demands judgment ordering payment of unpaid wages found by the Court to be due the employees listed in attached Exhibit "A", plus an equal amount as liquidated damages, and costs.

Post Office Address:
U.S. Department of Labor
Office of Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203
TEL:(617)565-2500
FAX:(617)565-2142

Jonathan L. Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Constance B. Franklin
Attorney
CT19840

U.S. Department of Labor
Attorneys for Plaintiff

**Exhibit A to Complaint** p.1 of 5
Chao, Secretary of Labor, US Dept of Labor v.
Universal Health Services, Inc., UHS of Delaware, Inc.
and Stonington Behavioral Health, Inc. d/b/a
Stonington Institute

| | |
|---|---|
| Almodovar, Hipolito | Burgos, Eddie |
| Alston, Maria | Burn, Jennifer |
| Andrianrena, Felipe | Burns, Johnny |
| Annunziato, Allisa | Carroll, Jonathan |
| Armstrong, Patricia | Chase, Murlene |
| Ballint, Lisa | Clark, Christopher |
| Barnhill, Vincent | Clark, Karen |
| Barto, Karen | Cooley, Melissa |
| Belton, Patricia | Cooper, Tamora |
| Bennett, Shawn | Crespo, Edwin |
| Bliven, Thomas | Curcio, Christian |
| Boyton, Adam | Curtis, Kari |
| Brown, Ivan | DeGeorge, David |
| Brown, Larry | DelRossi, Louis |
| Brown, Michael | Donahue, Lisa |
| Burdick, Melissa | Dudley, Angela |

**Exhibit A to Complaint** p.2 of 5
Chao, Secretary of Labor, US Dept of Labor v.
Universal Health Services, Inc., UHS of Delaware, Inc.
and Stonington Behavioral Health, Inc. d/b/a
Stonington Institute

| |
|---|
| Dudley, Lewis |
| Duhaime, Angela |
| Dupere, Joseph |
| Evans, Deborah |
| Ferriuolo, Lisa |
| Fisher, Tracey |
| Foley, Kevin |
| Foresi, Michael |
| Forte, Fred |
| Gallagher, Sarah |
| Gallo, Anthony |
| Gaskins, John |
| Gerstel, Gerald |
| Gervais, Jaclyn |
| Geyer, Bryan |
| Gilbert, Marjorie |

| |
|---|
| Gillespie, Mark |
| Gormick, Jarrod |
| Grandchamp, John |
| Gray, Glenn |
| Guay, Kristina |
| Hamilton Sr, William |
| Harrington, Brenda |
| Haugabook, John |
| Hebert, John |
| Hernandez, Emileo |
| Holmes, Joe |
| Houle, Richard |
| Hull Joseph, Roberta |
| James, Kathy |
| Jenkins, Daniel |
| Johnson, Kevin |

**Exhibit A to Complaint** p.3 of 5
Chao, Secretary of Labor, US Dept of Labor v.
Universal Health Services, Inc., UHS of Delaware, Inc.
and Stonington Behavioral Health, Inc. d/b/a
Stonington Institute

| | |
|---|---|
| Kaufman, Mark | McLaurin, Meghan |
| Keenan, Michael | Mendoza, John |
| Kennedy, Bernard | Michaud, Jennifer |
| Kennedy, Michael | Miller, James |
| Kistner, Mark | Miller, Shannon |
| Kolodney, William | Mitchell, Charles |
| Labonosky, Ruth | Moore, Stacey |
| Larkin, Deborah | Moses, Alana |
| Leeman, Matt | Moultrie, Meredith |
| Lovett, Shirley | Munger, Meridth |
| Luciano, Ann | Myers, Darlene |
| Mares, Stacy | Nee, Marc |
| Mazur, John | Neilson, Sarah |
| McCarthy, James | Nelson, Courtney |
| McCormack, Cheryl | O O'Connor, William |
| McCoy, Kenneth | Pagano, Janice |

**Exhibit A to Complaint** p.4 of 5
Chao, Secretary of Labor, US Dept of Labor v.
Universal Health Services, Inc., UHS of Delaware, Inc.
and Stonington Behavioral Health, Inc. d/b/a
Stonington Institute

| | |
|---|---|
| Patterson, Donald | Saunders, Kathleen |
| Pemberton, Joseph | Schain, Nina |
| Pernal, David | Schmidt, Joseph |
| Piccone, Bonnie | Shepard, Timothy |
| Poirot, Thomas | Silva, Rebecca |
| Pope, Katey | Smith, Allen |
| Pralgowsky, Joan | Solomon, Beverly |
| Pritchett, Jesse | Souza, William |
| Quinn, Jane | Staats, Michael |
| Ramseur, Cecil | Straub, John |
| Rarimian, Parisa | Strickland, Timothy |
| Roberts, Cornelius | Stroble, Aubrey |
| Rodman, Paul | Sullivan, John |
| Rodriquez, Peter | Thomas, Nathaniel |
| Romano, Paula | Vega, Rebecca |
| Salonia, Brian | Warren, James |

**Exhibit A to Complaint** p.5 of 5
Chao, Secretary of Labor, US Dept of Labor v.
Universal Health Services, Inc., UHS of Delaware, Inc.
and Stonington Behavioral Health, Inc. d/b/a
Stonington Institute

| |
|---|
| Waslick, Mark |
| West, Michael |
| White, Leonard |
| White, Robert |
| Willett, Bonnie |
| Willsie, Brandon |
| Wilson, Daniel |
| Wise, Eva |
| Wolford, Daniel |
| Woodward, Frank |
| Wright, Heather |
| Wynant, Christian |
| Yiznitsky, Mark |
| Zettergren, Richard |
| coffey, peter |