UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * *
Elaine L. Chao Secretary of Labor, *
 United States Department of Labor, *
                         Plaintiff, *
                                    *    CIVIL ACTION
v.                                  *
                                    *    FILE NO. 3:07-cv-400 (JBA)
Universal Health Services, Inc.,    *
UHS of Delaware, Inc. and           *
Stonington Behavioral Health, Inc.  *
d/b/a Stonington Institute,         *
                       Defendants.  *
* * * * * * * * * * * * * * *


## JUDGMENT

Plaintiff having filed a complaint and the defendants having appeared by counsel, filed answer to the complaint and, without admitting liability, agreed to the entry of this judgment without contest.

It is, therefore,

ORDERED, ADJUDGED and DECREED that defendants, their agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq.), hereinafter referred to as the Act, in any of the following manners:

The defendants shall not, contrary to sections 6 and 15(a)(2) of the Act pay any employees who, in any workweek, are employed in commerce, or in the production of goods for

commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, wages at rates less than the applicable minimum wage.

Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

Defendants shall not fail to make, keep, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 CFR 516.

Further, the Court finding as agreed to by the defendants, but without admitting liability therefor, that employees are due compensation in the amount of $1,075,218.45 (one million seventy-five thousand two hundred and eighteen dollars and forty-five cents) as shown on attached "Exhibit A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the defendants are restrained from withholding payment of said compensation.

The defendants represent that they have been in compliance with the Act since July 1, 2006. In resolving the amount of back wages in this judgment, the plaintiff has relied on this representation, and, accordingly, the back wage provision of this judgment shall have no effect upon any back wages which may have accrued since that date.

The back-wage provisions of this judgment shall be deemed satisfied when on or before

September 5, 2007 the defendants deliver to the persons listed in "Exhibit A" attached hereto the respective sums set opposite their names, less deductions for each employee's share of social security and withholding taxes.

On or before September 5, 2007, the defendants shall further provide plaintiff with a copy of the payroll or a copy of the checks used to disburse the back wages and a statement attesting to the fact that such payment has been made.

On or before November 1, 2007, any back wage checks which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary, because of inability of the parties to locate the proper persons, or because of such persons' refusal to accept such sums, shall be totaled and the defendant shall forward a certified check for the total net amount made payable to "Wage & Hour Division - Labor", along with a statement showing its federal ID number, the names and last known addresses of the still-unpaid employees, their social security numbers, the gross amount due each employee, the amount of each deduction taken for the employee's share of FICA and withholding taxes, and the net amount each employee is due, to the following address:

> Wage and Hour Division
> Employment Standards Administration
> United States Department of Labor
> 135 High Street, Room 210
> Hartford, CT 06103

When recovered wages have not been claimed by the employee within three years, the Secretary of Labor shall deposit them into the United States Treasury as miscellaneous receipts, pursuant to 29 USC 216(c).

Defendants shall not, under any circumstances, accept and keep any amount returned to them by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff as above.

It is further ORDERED, ADJUDGED and DECREED that each party bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated 15 June, 2007

_____
Janet Bond Arterton
United States District Judge

| Defendants hereby consent to the entry of this judgment: | Plaintiff moves for entry of this judgment: |
|---|---|
| By: _____ Andrew A. Cohen, ct07124 Letizia, Ambrose & Falls, P.C. One Church Street New Haven, CT 06510 TEL: 203-787-7000 FAX: 2003-787-7001 | Jonathan L. Snare Acting Solicitor of Labor Frank V. McDermott, Jr. Regional Solicitor _____ Constance B. Franklin, ct19840 Attorney |
| Attorney for Defendants Universal Health Services, Inc., UHS of Delaware, Inc. and Stonington Behavioral Health, Inc. d/b/a Stonington Institute | Attorneys for Plaintiff United States Department of Labor Solicitor's Office JFK Federal Building, Room E-375 Boston, MA 02203 TEL: 617-565-2500 FAX: 617-565-2142 |

| Employees | | Wages Due |
|---|---|---|
| Hipolito | ALMODOVAR | $6,903.00 |
| Maria | ALSTON | $5,957.85 |
| Felipe | ANDRIANRENA | $1,168.20 |
| Allisa | ANNUNZIATO | $21,560.77 |
| Patricia | ARMSTRONG | $14,169.76 |
| Lisa | BALLINT | $302.60 |
| Vincent | BARNHILL | $4,964.88 |
| Karen | BARTO | $1,985.95 |
| Patricia | BELTON | $955.80 |
| Shawn | BENNETT | $3,079.80 |
| Thomas | BLIVEN | $4,248.00 |
| Adam | BOYTON | $3,971.90 |
| Michael | BROWN | $4,212.80 |
| Larry | BROWN | $5,152.68 |
| Ivan | BROWN | $5,203.80 |
| Melissa | BURDICK | $8,177.40 |
| Eddie | BURGOS | $4,141.80 |
| Jennifer | BURN | $318.60 |
| Johnny | BURNS | $637.20 |
| Jonathan | CARROLL | $5,204.27 |
| Murlene | CHASE | $4,248.00 |
| Christopher | CLARK | $2,973.60 |
| Karen | CLARK | $1,062.00 |
| Peter | COFFEY | $424.80 |
| Melissa | COOLEY | $6,796.80 |
| Tamora | COOPER | $1,593.00 |
| Edwin | CRESPO | $8,936.78 |
| Christian | CURCIO | $6,372.00 |
| Kari | CURTIS | $3,398.40 |
| David | DEGEORGE | $11,405.26 |
| Louis | DELROSSI | $30,933.82 |
| Lisa | DONAHUE | $106.20 |
| Angela | DUDLEY | $106.20 |
| Lewis | DUDLEY | $1,805.40 |
| Angela | DUHAIME | $1,274.40 |
| Joseph | DUPERE | $6,478.20 |
| Deborah | EVANS | $212.40 |
| Lisa | FERRIUOLO | $3,971.90 |
| Tracey | FISHER | $21,560.77 |
| Keven | FOLEY | $12,980.47 |
| Michael | FORESI | $4,421.05 |
| Fred | FORTE | $2,978.93 |
| Sarah | GALLAGHER | $3,219.10 |

| Employees | | Wages Due |
|---|---|---|
| Anthony | GALLO | $25,455.90 |
| John | GASKINS | $9,764.46 |
| Gerald | GERSTEL | $1,486.80 |
| Jaclyn | GERVAIS | $5,310.00 |
| Bryan | GEYER | $5,310.00 |
| Marjorie | GILBERT | $49,932.04 |
| Mark | GILLESPIE | $7,867.50 |
| Jarrod | GORMICK | $3,079.80 |
| John | GRANDCHAMP | $5,416.20 |
| Glenn | GRAY | $7,943.80 |
| Kristina | GUAY | $3,912.60 |
| William | HAMILTON SR | $2,372.80 |
| Brenda | HARRINGTON | $21,300.77 |
| John | HAUGABOOK | $6,265.80 |
| John | HEBERT | $1,985.95 |
| Emileo | HERNANDEZ | $5,310.00 |
| Joe | HOLMES | $6,584.40 |
| Richard | HOULE | $7,376.15 |
| Roberta | HULL JOSEPH | $3,186.00 |
| Kathy | JAMES | $30,635.07 |
| Daniel | JENKINS | $1,062.00 |
| Kevin | JOHNSON | $2,867.40 |
| Mark | KAUFMAN | $7,060.58 |
| Michael | KEENAN | $4,035.60 |
| Bernard | KENNEDY | $4,779.00 |
| Michael | KENNEDY | $2,124.00 |
| Mark | KISTNER | $2,867.40 |
| William | KOLODNEY | $9,819.26 |
| Ruth | LABONOSKY | $27,579.40 |
| Deborah | LARKIN | $2,124.00 |
| Matt | LEEMAN | $1,486.80 |
| Shirley | LOVETT | $4,042.65 |
| Ann | LUCIANO | $1,593.00 |
| Stacy | MARES | $1,168.20 |
| John | MAZUR | $4,141.80 |
| James | MCCARTHY | $3,823.20 |
| Cheryl | MCCORMACK | $6,950.83 |
| Kenneth | MCCOY | $9,740.39 |
| Meghan | MCLAURIN | $15,887.62 |
| John | MENDOZA | $2,678.40 |
| Jennifer | MICHAUD | $2,548.80 |
| James | MILLER | $2,867.40 |
| Shannon | MILLER | $1,593.00 |

| Employees | | Wages Due |
|---|---|---|
| Charles | MITCHELL | $13,139.95 |
| Stacey | MOORE | $7,204.14 |
| Alana | MOSES | $2,442.60 |
| Meredith | MOULTRIE | $2,761.20 |
| Meredith | MUNGER | $1,985.95 |
| Darlene | MYERS | $28,146.78 |
| Mark | NEE | $3,610.80 |
| Sarah | NEILSON | $6,159.60 |
| Courtney | NELSON | $1,062.00 |
| William | O'CONNOR | $4,672.80 |
| Janice | PAGANO | $4,042.65 |
| Donald | PATTERSON | $2,442.60 |
| Joseph | PEMBERTON | $5,610.57 |
| David | PERNAL | $3,504.60 |
| Bonnie | PICCONE | $1,168.20 |
| Thomas | POIROT | $34,175.58 |
| Katey | POPE | $849.60 |
| Joan | PRALGOWSKY | $4,779.00 |
| Jesse | PRITCHETT | $2,548.80 |
| Jane | QUINN | $1,985.95 |
| Cecil | RAMSEUR | $4,248.00 |
| Parisa | RARIMIAN | $1,985.95 |
| Cornelius | ROBERTS | $14,043.13 |
| Paul | RODMAN | $3,186.00 |
| Peter | RODRIQUEZ | $11,729.50 |
| Paula | ROMANO | $7,903.41 |
| Brian | SALONIA | $22,907.35 |
| Kathleen | SAUNDERS | $2,336.40 |
| Nina | SCHAIN | $4,539.87 |
| Joseph | SCHMIDT | $2,124.00 |
| Timothy | SHEPARD | $7,253.90 |
| Rebecca | SILVA | $5,628.60 |
| Allen | SMITH | $1,985.95 |
| Beverly | SOLOMON | $21,575.72 |
| William | SOUZA | $11,915.70 |
| Michael | STAATS | $19,480.79 |
| John | STRAUB | $6,584.40 |
| Timothy | STRICKLAND | $2,548.80 |
| Aubrey | STROBLE | $3,717.00 |
| John | SULLIVAN | $14,628.34 |
| Nathaniel | THOMAS | $8,885.80 |
| Rebecca | VEGA | $3,971.90 |
| James | WARREN | $2,435.10 |

Secretary of Labor, United States Department of Labor v. Universal Health Services, Inc. et al.
Docket No. 3:07-cv-400(JBA)
**Exhibit A page 3**

| Employees | | Wages Due |
|---|---|---|
| Mark | WASLICK | $35,269.28 |
| Michael | WEST | $6,903.00 |
| Robert | WHITE | $3,971.90 |
| Leonard | WHITE | $22,470.81 |
| Bonnie | WILLETT | $18,398.33 |
| Brandon | WILLSIE | $531.00 |
| Daniel | WILSON | $1,985.95 |
| Eva | WISE | $25,332.12 |
| Daniel | WOLFORD | $2,978.93 |
| Frank | WOODWARD | $10,792.17 |
| Heather | WRIGHT | $18,614.20 |
| Christian | WYNANT | $5,097.60 |
| Mark | YIZNITSKY | $30,139.27 |
| Richard | ZETTERGREN | $1,911.60 |

**Total Gross Wages Due = $1,075,218.45**